Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Triple Tee Golf, Inc. _____ v. Taylor-Made/Adidas _____

No. 15-1564

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:   Triple Tee Golf, Inc.
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [ ] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[✓] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

Name:               Melvin K. Silverman
Law firm:           Melvin K. Silverman & Assocs., P.C.
Address:            1000 West McNab Road, Suite 308
City, State and ZIP: Pompano Beach, FL 33069
Telephone:          (954) 489-0502
Fax #:              (954) 933-2852
E-mail address:     mks@mkspc.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/2/1991

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

5-13-15
Date

_____
Signature of pro se or counsel

cc: _____

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2015, a copy of the following document(s) described as:

**ENTRY OF APPEARANCE**

was filed with the Clerk of the Court using the CM/ECF system, and a copy of said document was served on the attorney listed below, via Electronic Mail.

Gary A. Clark, Esq.<br>
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>
333 South Hope Street, 43rd Floor<br>
Los Angeles, CA 90071

_____
Melvin K. Silverman
Counsel for Appellant