UNITED STATES COURT OF APPEALS

FOR THE FEDERAL CIRCUIT

---

TRIPLE TEE GOLF, INC., a Florida corporation
*Plaintiff-Appellant*
v.

TAYLOR MADE GOLF COMPANY, INC., a Delaware corporation,
*Defendant-Appellee*

---

2015-1564

---

The Clerk
United States Court of Appeals for Federal Circuit
717 Madison Pl NW
Washington, DC 20005

Dear Clerk:

    The undersigned attorney for Plaintiff-Appellant wishes to advise the Court that she will be unavailable for oral argument on April 7, 2016 and April 8, 2016.

                                    Respectfully submitted,
                                    TRIPLE TEE GOLF, INC., Appellant

February 8, 2016                      /s/ Jacqueline Tadros
                                            Jacqueline Tadros, Esq.
                                            Jacqueline Tadros, P.A.
                                            401 East Las Olas Blvd.,
                                            Suite 1400
                                            Fort Lauderdale, FL 33301
                                            (954) 351-7479

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February 2016, a copy of the following document(s) described as:

## LETTER

was filed with the Clerk of the Court using the CM/ECF system, and a copy of said documents were served on the attorneys listed for Appellee and Mediator, listed below, via Electronic Mail.

Gary A. Clark, Esq.
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071

Don W. Martens, Esq.
Knobbe Martens Office
2040 Main Street
Fourteenth Floor
Irvine, CA 92614-3641


By:/s/Jacqueline Tadros,
Jacqueline Tadros
Counsel for Appellant