# **Sheppard**Mullin

Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
213.620.1780 main
213.620.1398 fax
www.sheppardmullin.com

213.617.4202 direct
bagness@sheppardmullin.com

File Number: 0EKM-167711

March 4, 2016

**VIA ECF**

Clerk of the Court
United States Court of Appeals
  for the Federal Circuit
717 Madison Place, N.W.
Washington D.C. 20439

Re:      Notice Regarding Conflict of Oral Argument for *Triple Tee Golf, Inc. v. Taylor Made Golf Company, Inc.*, Appeal No. 2015-1564

Dear Sir or Madam:

I am counsel of record for Appellee Taylor Made Golf Company, Inc. in the above-identified appeal. The appeal has been fully briefed and is currently awaiting the scheduling of oral argument. Please be advised that counsel for Appellee is unavailable for oral argument on the following dates: April 1-22, 2016 and June 10-26, 2016.

Sincerely,

/s/ *Bridgette A. Agness*
Bridgette A. Agness
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:475742407.1
cc:      Melvin Silverman, Esq. (via ECF)
          Jacqueline Tadros, Esq. (via ECF)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 4, 2016, a copy of the foregoing **Notice of Conflict**

**Regarding Oral Argument** was filed electronically using the Court's CM/ECF system, which

will send notifications to the following:

Melvin K. Silverman                    Jacqueline Tadros
M.K. Silverman & Associates            Jacqueline Tadros P.A.
1000 West McNab Road, Suite 308        401 East Las Olas Blvd., Suite 1400
Pompano Beach, FL 33069                Fort Lauderdale, FL 33301


/s/ Bridgette A. Agness
Bridgette A. Agness
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Attorney for Appellant
Taylor Made Golf Company, Inc.